The following constitutes the order of the Court.
Signed: July 19, 2022

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                                   No. 22-10021 RLE

DANIELA FARINA,                                         Chapter 7

       Debtor.                          **Date:** July 15, 2022
                                                        **Time:** 1:30 p.m.
                      /         **Place:** Zoom Webinar

**MEMORANDUM SUPPLEMENTING ORAL FINDINGS AND CONCLUSIONS OF LAW**

A continued hearing on Trustee's Motion to Sell Property and Authorizing Payment of Mortgage, Commissions, and Other Expenses (the "Motion") [Dckt. No. 407] was held on July 15, 2022. At the conclusion of the hearing, the Court orally stated its findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and granted the Motion.

It has come to the Court's attention that during the oral ruling on July 15, the Court may have neglected expressly and explicitly to dispose of the Objection filed by Wendell Williams (Dckt. No. 418). Any such failure was completely inadvertent. The

Court finds, after review of the Motion, the Objection filed by Williams and the Trustee's Reply, that the alleged leasehold interest is clearly the subject of a good faith dispute by the Trustee within the meaning of 11 U.S.C. § 363(f)(4), sufficient to justify a sale free and clear of that alleged interest. The Court also notes that Mr. Williams did not appear at either the initial hearing on June 29 or the continued hearing on July 15, and did not present argument in support of his Objection. For all of these reasons, the Court expressly overrules Mr. Williams' Objection.

*** END OF MEMORANDUM ***

COURT SERVICE LIST

*** ECF participants***